UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

GENERAL CODE, LLC,

                *Plaintiff,*

    *-vs-*

ENCODE PLUS, LLC AND KENDIG KEAST
COLLABORATIVE, INC.,

              *Defendants.*

**STIPULATION OF DISMISSAL**

Civil No. 14-cv-06602-MAT

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed without costs to either party.

Dated: December 10, 2015

**BARCLAY DAMON, LLP**

By: ___s/ Thomas B. Cronmiller_____
    Thomas B. Cronmiller, Esq.
    Attorneys for Plaintiff
    100 Chestnut Street, Suite 2000
    Rochester, New York 14614
    E-mail address:
    tcronmiller@barclaydamon.com

Dated: December 10, 2015

**WILLIAM G. HARGER & ASSOCIATES, PLLC**

By: ___s/ William G. Harger_____
    William G. Harger, Esq.
    Attorneys for Defendants
    704 Main Street
    Richmond, Texas 77469
    E-mail address: harger@hargerlaw.com

SO ORDERED

_Michael A. Telesca_
MICHAEL A. TELESCA
United States District Judge

DATE ___12/11/15___

9376686.1